# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AARON FELD,<br><br>    Plaintiff(s),<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-01156-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 25, 26, 28] |

Pending before the Court is a thrice-filed notice of deposition. Docket Nos. 25, 26, 28. In addition to the deficiency already identified by the Clerk's Office, Docket No. 27, these filings are also improper because discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. *See* Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: December 11, 2020

                                                      _____
                                                      Nancy J. Koppe
                                                      United States Magistrate Judge