George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com

Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorneys for* Plaintiff *Aaron Feld*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Aaron Feld, | Case No.: 2:20-cv-01156-GMN-NJK |
| Plaintiff, | Dept No.: |
| v. | |
| Navient Solutions, LLC and Pioneer Credit Recovery, Inc., | **Unopposed Motion and Order for an extension of time for Plaintiff to respond to Defendants' Motion to stay case** |
| Defendants. | |

STIPULATION                          - 1 -

Aaron Feld ("Plaintiff"), with notice to and approval of, Navient Solutions, LLC and Pioneer Credit Recovery, Inc. ("Defendants"), by counsel, hereby submits this Unopposed Motion and Order for an extension of time for Plaintiff to respond to Defendants' Motion to stay case, filed on March 1, 2020. This is the first request for an extension of this deadline.

The extension is sought because the motion is complex as it involves ongoing litigation in the United States Supreme Court on issues that are also being briefed in other circuit and district courts. As such, counsel is requesting more time to prepare an appropriate response.

At this time in the litigation, discovery is essentially closed and the next court deadline is on April 12, 2021 for the filing of dispositive motions. Thus, there is no risk of prejudice to any party.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION                          - 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

        In good faith and not for the purposes of delay, Plaintiff, with notice to
Defendants and approval to file unopposed, pleads the Court to Order that
Plaintiff's response to the pending Motion to stay case shall be due on or
before **March 29, 2021.**

        Dated: March 12, 2021.

        **FREEDOM LAW FIRM, LLC**
         /s/ Gerardo Avalos                                      .
        Gerardo Avalos, Esq.
        8985 South Eastern Ave., Suite 350
        Las Vegas, NV 89123
        *Counsel for Plaintiff*

        **HOLLEY DRIGGS**
         Approved to file unopposed
        Michael Ayers, Esq.
        800 S. Meadows Parkway, Suite 800
        Reno, Nevada 89521
        *Counsel for Defendants*

                        **IT IS SO ORDERED.**

                        Dated this 12 day of March, 2021.

                        _____
                        Gloria M. Navarro, District Judge
                        UNITED STATES DISTRICT COURT

STIPULATION                          - 3 -