**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael Ayers, Esq. (NV Bar No.10851)
michael.ayers@qpwblaw.com
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone: 775-322-4697
Facsimile: 775-322-4698
Attorneys for Defendants
NAVIENT SOLUTIONS, LLC and
PIONEER CREDIT RECOVERY, INC.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AARON FELD,<br><br>        Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC; and PIONER CREDIT RECOVERY, INC.,<br><br>        Defendants. | Case No. 2:20-cv-01156-GMN-NJK<br><br>**SUBSTITUION OF ATTORNEY** |

Defendants NAVIENT SOLUTIONS, LLC and PIONEER CREDIT RECOVERY, INC. hereby substitute Michael R. Ayers, Esq. of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., 200 S. Virginia St., 8th Fl., Reno, NV 89501, 775-322-4697, as attorney of record in the place and stead of HOLLEY DRIGGS, LTD., 800 South Meadows Parkway, #800, Reno, Nevada 89521.

### **AFFIRMATION**

Pursuant to NRS 239B.030, the undersigned do hereby affirm that the preceding document does not contain the social security number of any person.

/ / /

/ / /

/ / /

/ / /

/ / /

SUBSTITUTION OF ATTORNEY - 1

1  NAVIENT SOLUTIONS, LLC and PIONEER CREDIT RECOVERY, INC. consent to the above substitution.

**NAVIENT SOLUTIONS, LLC**

DATED: March 26, 2021

By: _[signature]_

Its: Counsel

**PIONEER CREDIT RECOVERY, INC.**

DATED: March 26, 2021

By: _[signature]_

Its: Counsel

APPROVED and AGREED:

DATED: _____

**HOLLEY DRIGGS, LTD.**

_____

James W. Puzey, Esq.
jpuzey@nevadafirm.com
Clark V. Vellis, Esq.
cvellis@nevadafirm.com
800 S. Meadows Pkwy., Ste. 800
Reno, NV 89521
Telephone: 775-852-8700
Facsimile: 775-851-7681

DATED: _____

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

_____

Michael Ayers, Esq. (NV Bar No.10851)
michael.ayers@qpwblaw.com
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone: 775-322-4697
Facsimile: 775-322-4698
Attorneys for Defendants
NAVIENT SOLUTIONS, LLC and PIONEER CREDIT RECOVERY, INC.

SUBSTITUTION OF ATTORNEY - 2

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC and PIONEER CREDIT RECOVERY, INC. consent to the above substitution. | |
| | **NAVIENT SOLUTIONS, LLC** |
| DATED: _____ | By: _____ |
| | Its: _____ |
| | **PIONEER CREDIT RECOVERY, INC.** |
| DATED: _____ | By: _____ |
| | Its: _____ |
| APPROVED and AGREED: | |
| DATED: 3/22/21 | **HOLLEY DRIGGS, LTD.** |
| | /s/ James W. Puzey |
| | James W. Puzey, Esq. |
| | jpuzey@nevadafirm.com |
| | Clark V. Vellis, Esq. |
| | cvellis@nevadafirm.com |
| | 800 S. Meadows Pkwy., Ste. 800 |
| | Reno, NV 89521 |
| | Telephone: 775-852-8700 |
| | Facsimile: 775-851-7681 |
| DATED: March 26, 2021 | **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.** |
| | /s/ Michael Ayers |
| | Michael Ayers, Esq. (NV Bar No.10851) |
| | michael.ayers@qpwblaw.com |
| | 200 S. Virginia Street, 8th Floor |
| IT IS SO ORDERED. | Reno, Nevada 89501 |
| . | Telephone: 775-322-4697 |
| . | Facsimile: 775-322-4698 |
| | Attorneys for Defendants |
| _____ | NAVIENT SOLUTIONS, LLC and |
| Nancy J. Koppe | PIONEER CREDIT RECOVERY, INC. |
| United States Magistrate Judge | |