George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Aaron Feld*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Aaron Feld, | Case No.: 2:20-cv-01156-GMN-NJK |
| Plaintiff, | **Stipulation of dismissal of Plaintiff's FDCPA claims with prejudice** |
| v. | |
| Navient Solutions, LLC and Pioneer Credit Recovery, Inc., | |
| Defendants. | |

STIPULATION                - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Aaron Feld ("Plaintiff"); Navient Solutions, LLC; and Pioneer Credit Recovery, Inc. (jointly as "Defendants") stipulate to dismiss count one of Plaintiff's complaint for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq against Defendants, with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Plaintiff will continue to pursue counts two and three of his complaint for violations of the Telephone Consumer Protection Act, 47 U.S.C. §227, et seq against Defendants in this action.

Dated: March 26, 2021.

**FREEDOM LAW FIRM**

 /s/ Gerardo Avalos
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

/s/ Michael Ayers
Michael Ayers, Esq.
200 S. Virginia, 8th Floor
Reno, Nevada 89501
*Counsel for Defendants.*

**IT IS SO ORDERED.**

Dated this  29  day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION                                                                 - 2 -