George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for* Plaintiff *Aaron Feld*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Aaron Feld, | Case No.: 2:20-cv-01156-GMN-NJK |
| Plaintiff, | |
| v. | **Stipulation and Order for an extension of time for the Parties to respond to their respective motions for summary judgment** |
| Navient Solutions LLC and Pioneer Credit Recovery, Inc., | |
| Defendants. | |

Aaron Feld ("Plaintiff"), Navient Solutions LLC, and Pioneer Credit Recovery, Inc. ("Defendants") (together as "the Parties") by counsel, hereby submit this Stipulation and Order for an extension of time for the Parties to respond to their respective motions for summary judgment. Both motions were filed on January 12, 2022, this is the second request for an extension of this deadline.

_____

STIPULATION                                - 1 -

The extension is sought because, although the March 24, 2022 Settlement Conference with Judge Koppe was unsuccessful, the parties have since reengaged in settlement discussions. The parties hope to avoid the additional expense of briefing their respective motions, as without this added cost, may put the parties in a better position to reach a resolution.

As such, the parties are requesting an extension of time to file their respective oppositions to the motions for summary judgment by 30 days from the current deadline of April 14, 2022 to **May 14, 2022**, with the reply deadline moved from April 21, 2022 to **May 21, 2022.**

This Stipulation is brought in good faith and not for purposes of delay. The parties hereby request that the Court order that the Parties' oppositions to the pending motions for summary judgment shall be due on or before **May 14, 2022**, with the reply due on or before May 21, 2022.

Dated: April 7, 2022.

**FREEDOM LAW FIRM, LLC**
 /s/ Gerardo Avalos
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
*Counsel for Plaintiff*

**SPENCER FANE LLP**
 /s/ Jessica Chong
Jessica E. Chong, Esq.
300 S. Fourth St., Suite 950
Las Vegas, Nevada 89101
*Counsel for Defendants*

**IT IS SO ORDERED.**

Dated this __7__ day of April, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION                - 2 -