George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Aaron Feld*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Aaron Feld, | Case No.: 2:20-cv-01156-GMN-NJK |
| Plaintiff(s,) | **Stipulation of dismissal of Pioneer Credit Recovery, Inc. and Navient Solutions, LLC with prejudice** |
| v. | |
| Navient Solutions, LLC and Pioneer Credit Recovery, Inc., | |
| Defendant(s.) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Aaron Feld and Pioneer Credit Recovery, Inc and Navient Solutions, LLC. stipulate to dismiss Plaintiff's claims against Pioneer Credit Recovery, Inc. and Navient Solutions, LLC with prejudice.

STIPULATION                                    - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 29, 2022.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Aaron Feld*

**SPENCER FANE, LLP**

/s/ Jessica E Chong
Jessica E. Chong, Esq.
300 South Fourth St., Suite 2000
Las Vegas, NV 89101
*Counsel for Pioneer Credit Recovery, Inc. and Navient Solutions, LLC.*

**IT IS SO ORDERED.**

The Clerk of Court shall close this case.

Dated this   6   day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION                                    - 2 -